**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: DANIEL J. EDWARDS AND MARINA EDWARDS, ADMINISTRATORS OF THE ESTATE OF J.E., THEIR DECEASED MINOR SON | : | No. 686 MAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| PETITION OF: FARMERS INSURANCE | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.